No. 1,600.

CAMPBELL, ADMINISTRATOR, v. HORNER.

DECEDENT'S ESTATE.—*Appeal.*—*Dismissal.*—*Time of Filing Transcript.*
—Where an appeal is taken by an administrator from a judgment
on a claim, the transcript must be filed in the appellate tribunal
within thirty days from the time the bond is filed, or the appeal
will be subject to dismissal.

SAME.—*Appeal.*—*Extension of Time for.*—In such case, if appellant de-
sires more time for appeal, he should make seasonable application,
sufficient showing, and give proper notice.

From the Boone Circuit Court.

*P. H. Dutch,* for appellant.

*T. J. Terhune* and *W. A. Pickens,* for appellee.

GAVIN, J.—This is an appeal from an allowance by
the court of a claim against the estate represented by
appellant. Judgment was entered March 24, 1893, and
motion for new trial overruled May 6, 1893. The tran-
script was not filed until December 30, 1893. No ap-
plication or order for an extension of time in which to
appeal has ever been made.

Under section 2610, R. S. 1894 (section 2455, R. S.
1881), thirty days are allowed in such cases within which
to file the transcript in the Supreme Court. *Simons* v.
*Simons,* 129 Ind. 248.

The transcript not having been filed within this time,
the appeal is not well taken, and the motion to dismiss
must be sustained. *Yearley, Admr.,* v. *Sharp, Admr.,* 96
Ind. 469; *Browning* v. *McCracken,* 97 Ind. 279; *Miller,
Admr.,* v. *Carmichael,* 98 Ind. 236; *Rinehart* v. *Vail,
Admr.,* 103 Ind. 159.

Counsel suggest that the time for appeal might have
been extended by order of this court, and that we should
therefore regard it as having been done. It is sufficient

answer to this to say that if appellant desired such a favor it should have been asked for, seasonably, proper notice given and a sufficient showing made. *Rinehart* v- *Vail, supra.*

